J-S12011-17

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| v. | |
| THOMAS JOHN PETROUSKY | |
| Appellant | No. 1001 MDA 2016 |

Appeal from the Judgment of Sentence May 17, 2016
In the Court of Common Pleas of Schuylkill County
Criminal Division at No(s): CP-54-CR-0000689-2015

BEFORE:  PANELLA, J., OTT, J., and MUSMANNO, J.

JUDGMENT ORDER BY PANELLA, J.                **FILED MARCH 09, 2017**

In this appeal, Appellant, Thomas John Petrousky, argues that the trial court erred in admitting five photographs in his murder trial that he characterizes as unduly "gruesome" and "grisly." **See**, **e.g.**, Appellant's Brief, at 5 and 7. The probative value of the photographs, he claims, was outweighed by their possibility of inflaming the minds and passions of the jurors.

There is a glaring problem with Petrousky's appeal: the photographs are not in the certified record. It is an appellant's responsibility to ensure that the certified record contains all the items necessary to review his claims. **See**, **e.g.**, **Commonwealth v. Tucker**, 143 A.3d 955, 963 (Pa. Super. 2016); **Commonwealth v. B.D.G.**, 959 A.2d 362, 372 (Pa. Super. 2008). "When a claim is dependent on materials not provided in the certified

record, that claim is considered waived." ***Commonwealth v. Petroll***, 696 A.2d 817, 836 (Pa. Super. 1997) (citation omitted).

Without the photographs, we cannot conduct a review of Petrousky's issue presented on appeal. ***See Commonwealth v. Powell***, 956 A.2d 406, 423 (Pa. 2008) (finding claim that an autopsy photograph was unduly prejudicial waived "[b]ecause the record does not contain the photograph appellant refers to, we cannot assess his description and claim"); ***Petroll***, 696 A.2d at 836 (finding claim of improperly admitted photographs waived where they were not in the certified record). Therefore, we find Petrousky's sole claim waived.

Judgment of sentence affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 3/9/2017